IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-61-BR-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| REGGIE ANDRE BECKTON, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court today for hearing on the government's motion for pretrial detention of Defendant in accordance with 18 U.S.C. § 3142 *et seq*. Prior to the hearing Defendant through counsel had indicated to the court his intention of waiving his detention hearing. During today's proceeding however, after its colloquy with Defendant, it appeared to the court that Defendant expressed sufficient reservation about waiving detention that this court is unable to accept Defendant's waiver as knowing and voluntary at this time. The court therefore orders the detention hearing continued to **Thursday, June 2, 2011 at 10:30 a.m. in Courtroom 3 of the Alton Lennon Federal Building in Wilmington, North Carolina**.

The extension of time will allow the United States Probation Office to conduct its prehearing investigation of Defendant and to provide its report to the parties and the court necessary for this court to make an informed decision in accordance with 18 U.S.C. § 3142 *et seq*. Additionally, the extension of time is necessary to Defendant's counsel, who has advised the court that he will be unavailable for the next several days due to previously scheduled obligations. The government does not object to a continuance.

This court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. It is therefore ordered further that the

period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This, the 19th day of May, 2011.

*Robert Jones*
Robert B. Jones, Jr.
United States Magistrate Judge