IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:11-CR-61-BR-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| REGGIE ANDRE BECKTON, | ) | |
| | ) | |
| Defendant. | ) | |

This cause came to be heard today on the government's motion for pretrial detention of Defendant in accordance with 18 U.S.C. § 3142 *et seq.* Subsequent to the government's motion Defendant filed a motion for a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241, 4242 and 4247(b)(c). [DE-32]. Defendant's motion for a psychiatric evaluation is not opposed by the government and is pending before the district court.

Defendant has moved this court to continue the detention hearing pending either the denial of Defendant's motion for a psychological evaluation or, if the motion is allowed, pending the completion of the evaluation. The government does not oppose the requested continuance. This court finds that given the nature of Defendant's motion, good cause exists to continue the hearing on the government's motion for pretrial detention of Defendant. The motion to continue Defendant's detention hearing is ALLOWED. The court shall hold a detention hearing after either the denial of Defendant's motion for a psychological evaluation or, if that motion is allowed, after the evaluation of Defendant has been completed.

This court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from speedy trial computation

pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 2nd day of June, 2011.

_____
Robert B. Jones, Jr.
United States Magistrate Judge