UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:11-CR-61-1BR

FILED IN OPEN COURT
ON 9-11-12 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA
vs.

ORDER

Reggie Andre Beckton

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Phyllisha Dellapia, Wilmington Police Department and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#62 - Crack
#63 - Marijuana

This 11th day of September, 2012 Exhibits received by:

Phylisha DellaPia
Print name

[signature]
Sign name

September 11, 2012

W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE