UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |

At the conclusion of defendant's sentencing hearing on 14 January 2013, defendant, who represents himself, inquired about his motion for the return of currency seized from him at the time of his arrest. In review of the docket, the court notes that on 7 August 2012, defendant, through counsel, filed a motion for release of the currency seized from him at the time of his arrest in August 2010 by the Wilmington Police Department. (DE # 171.) In open court at the time of defendant's arraignment on 4 September 2012, the court denied that motion. As defendant's judgment of conviction has now been entered, defendant is free to renew his motion, if he desires. If defendant does so, the government is DIRECTED to file a written response as provided by the court's local criminal rules.

This 16 January 2013.

W. Earl Britt
Senior U.S. District Judge