UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |

This matter is before the court on defendant's *pro se* motion for return of the personal property seized from him. (DE # 247.) The government filed a response in opposition to the motion. (DE # 251.) The court agrees with the government that because this case is on appeal, no property should be released to defendant until after the conclusion of the appellate process. Accordingly, defendant's motion is DENIED WITHOUT PREJUDICE.

This 21 March 2013.

_____
W. Earl Britt
Senior U.S. District Judge