UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| REGGIE ANDRE BECKTON ) | |

This matter is before the court on defendant's *pro se* motion to renew and/or reopen documents 89, 171, and 236. (DE # 275.) The government has not filed a response to the motion, and the time within which to do so has expired.

The documents to which defendant refers are two motions he filed seeking the return of personal property, including currency, seized from him at the time of his arrest for the underlying criminal charges and one court order addressing defendant's inquiry at his sentencing hearing about his motion for return of currency seized from him. The court notes defendant also filed a third motion seeking the return of his property. (DE # 247.) In response to this most recent motion, the government "contend[ed] that the currency and other items seized is evidence in this case and should not be released until the conclusion of the case." (DE # 251.) The court agreed and denied the motion without prejudice. (DE # 254.)

The appellate process has concluded with the Court of Appeals' issuance of the mandate on 27 February 2014, and the Supreme Court has since denied defendant's petition for a writ of certiorari on 19 May 2014, Beckton v. United States, No. 13-9757 (U.S.). As such, and it appearing that the government has no opposition, the government is DIRECTED to return to defendant all of defendant's personal property which is in its possession (actual or constructive)

within 30 days of the date of this order.

This 20 August 2014.

_____
W. Earl Britt
Senior U.S. District Judge

2