UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| REGGIE ANDRE BECKTON | ) | |
| | ) | |

This matter is before the court on various documents defendant submitted to the court and the Clerk filed on 14 October 2016. Some of these documents have the word "SEAL" written across the top. In a letter to the Clerk entitled "Filing Instructions," defendant directs the Clerk to file specified documents under seal. If defendant desires any document to be filed under seal, he must file a motion pursuant to Local Criminal Rule 55.2 and a memorandum of law in support of the motion. To the extent any document filed could be deemed a motion to seal, it is DENIED.

This 19 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge