UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00061-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| REGGIE ANDRE BECKTON | ) | |
| | ) | |

This matter is once again before the court on various documents defendant submitted to the court in which defendant directs how and whether they should be filed on the docket. In these documents, defendant does not request recognized forms of relief in a criminal case. In fact, having filed a direct appeal from his convictions and a habeas corpus petition pursuant to 28 U.S.C. § 2255, defendant has exhausted most, if not all, avenues for any relief in this case. By repeatedly filing nonsensical documents, defendant is clogging the docket and wasting judicial resources. Defendant is warned that if he continues to submit such documents to the court for filing (or not), the court may enter an order prohibiting the Clerk from accepting any documents from defendant pro se related to this case other than a notice of appeal from an order of this court.

To the extent any document filed on 21 October 2016 is a motion, it is DENIED.

This 26 October 2016.

_____
W. Earl Britt
Senior U.S. District Judge